FREDERICK A. JONES, Respondent, *v.* WILLIAM H. WOODIN et al., Defendants, and STANDARD PLUNGER ELEVATOR COMPANY, Appellant.

(Argued May 22, 1916; decided May 30, 1916.

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1916, dismissing an appeal taken to that court by appellant herein from a judgment in favor of plaintiff entered upon a verdict in an action to recover for the alleged conversion of certain shares of stock.

The motion was made upon the ground that receivers of the appellant corporation had been appointed, its assets removed from the state and that the appeal had been taken subsequent to its dissolution and without authority of the court.

*James A. Foley* for motion.

*L. Laflin Kellogg* opposed.

Motion denied, without costs.